# UNITED STATES BANKRUPTCY COURT
### District of Delaware
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

www.deb.uscourts.gov

**IN RE:**

SMI Hyundai Corporation

**Case No.:** 11−13366−KJC

*Debtor(s)*

## NOTICE OF PETITION DEFICIENCY

The petition in the above−mentioned case is deficient. The document(s) indicated below must be filed by the due date(s) listed at the bottom of this notice, unless a motion for cause shown is filed before the due date(s). **Failure to comply with this Notice will result in your case being dismissed without further notice or hearing.** Pursuant to F.R.Bank.P. 1002, 1007, 2016(b), and 3015(c), Local Rules and 11 U.S.C. Section 521, the following are due:

| X | Item | Description | X | Item | Description |
|---|---|---|---|---|---|
| X | 1. | Schedule A: Real Property (14 days) |  | 14. | Chapter 12/13 Plan & Analysis (14 days) |
| X | 2. | Schedule B: Personal Property (14 days) |  | 15. | Disclosure of Compensation of Attorney (14 days) |
|  | 3. | Schedule C: Property Claimed as Exempt (14 days) | X | 16. | Statement of Financial Affairs & Declaration signed by Debtor (14 days) |
| X | 4. | Schedule D: Creditors, Secured (14 days) |  | 17. | Debtor's Statement of Intention (30 days) |
| X | 5. | Schedule E: Creditors, Priority (14 days) |  | 18. | Creditor Matrix (7 days) Uploading and formatting instructions are available on the Court's website. |
| X | 6. | Schedule F: Creditors, Unsecured (14 days) |  | 19. | List of Creditors (7 days) |
| X | 7. | Schedule G: Executory Contracts & Unexpired Leases (14 days) |  | 20. | List of 20 Largest Unsecured Creditors (7 days) |
| X | 8. | Schedule H: Co−Debtors (14 days) |  | 21. | List of Equity Security Holders (7 days) |
|  | 9. | Schedule I: Current Income (14 days) |  | 22. | Statement of Current Monthly Income and Means Test Calculation (Chapter 7) (14 days) |
|  | 10. | Schedule J: Current Expenses (14 days) |  | 23. | Statement of Current Monthly Income (Chapter 11) (14 days) |
|  | 11. | Schedules A through J (14 days) |  | 24. | Statement of Current Monthly Income and Disposable Income Calculation (Chapter 13) (14 days) |
| X | 12. | Declaration Concerning Debtor's Schedules (14 days) | X | 25. | Other Petition Deficiencies: Must amend the petition with complete tax id number for the debtor due by 10/31/2011. |
| X | 13. | Summary of Schedules (14 days) |  |  |  |

*Comments:*

### See Reverse Side For Additional Information

| _Item #_ | _Due Date_ | | _Item #_ | _Due Date_ | | _Item #_ | _Due Date_ |
|---|---|---|---|---|---|---|---|
| 1,2 | 11/07/2011 | | 12,13 | 11/07/2011 | | 25 | 10/31/2011 |
| 4–8 | 11/07/2011 | | 16 | 11/07/2011 | | | |

**Instructions for filing:** Official forms are available on the Court's website. All documents must be electronically filed with the Court through CM/ECF (Case Management/Electronic Case Filing). CM/ECF registration materials are available on the Court's website. Paper copies of filings will <u>only</u> be accepted by pro se debtors. If you are unable to electronically file a document, a paper copy accompanied by a certification setting forth the reasons why the document could not be electronically filed will be accepted.

DAVID D. BIRD, CLERK OF COURT

10/24/11
Date

By: /s/ Cheryl Orkis
_____
Deputy Clerk

Rev. 10/10/2006

VAN–313